April 30, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LINDA TURNER, Appellant

NO. 14-13-00185-CV                    V.

McGHAN MEDICAL CORPORATION, SUZY PFARDRESHER, EDWARD MELMED MD, ROBERT D. PETERSON MD, CURTIS M. BALDWIN MD, RICHARD VANIK MD, MENTOR POLYMER TECHNOLOGIES COMPANY, COOPERVISION INC., SURGITEK INC., CBI MEDICAL INC., SIROD CORPORATION, UNION CARBIDE CHEMICALS & PLASTICS COMPANY INC., DENNIS LYNCH MD, 21 INTERNATIONAL HOLDINGS INC. FKA KNOLL INTERNATIONAL, GENERAL ELECTRIC COMPANY, ROBERT D. PETERSON MD, JOSEPH AGRIS MD, CESAR H. GUERRA MD., RONALD T. HOLMES MD, LAURENCE WOLF MD, SENG OOI MD, MICHAEL EISEMAN MD, MILTON ROWLEY MD, WESLEY WASHBURN MD, PHILIP ROTHENBERG MD, FRANDLIN ROSE MD, BILLY RINGER MD, FRANCISCO RUIZ MD, GERALD JOHNSON MD, Appellees

---

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Linda Turner.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.